IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RAY FRANK BALL, AIS 224928,              :

    Petitioner,                                       :

vs.                                                           :         CA 15-0362-KD-C

WARDEN GOURDY,                             :

    Respondent.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 10, 2015, is **ADOPTED** as the opinion of this Court.

**DONE** this 8th day of September 2015.

                                      s/ **Kristi K. DuBose**
                                    **KRISTI K. DuBOSE**
                                    **UNITED STATES DISTRICT JUDGE**